UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ———————————————— x | | |
| In re BHP BILLITON LIMITED SECURITIES LITIGATION | : | Civil Action No. 1:16-cv-01445-NRB |
| | : | |
| ———————————————— | : | CLASS ACTION |
| | : | |
| This Document Relates To: | : | LEAD PLAINTIFFS' NOTICE OF MOTION |
| | : | AND UNOPPOSED MOTION FOR |
| ALL ACTIONS. | : | PRELIMINARY APPROVAL OF |
| | x | SETTLEMENT |

TO:     ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Stipulation of Settlement with exhibits, and all prior pleadings and proceedings had herein, Lead Plaintiffs City of Birmingham Retirement and Relief System and City of Birmingham Firemen's and Policemen's Supplemental Pension System, by and through their attorneys, will move this Court, before the Honorable Naomi Reice Buchwald, United States District Judge for the Southern District of New York, in Courtroom 21A, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time designated by this Court, for entry of the [Proposed] Order Preliminarily Approving Settlement and Providing for Notice, agreed upon by all parties: (1) granting preliminary approval of the proposed settlement; (2) approving the form and manner of giving notice of the proposed settlement to the Class; and(3) setting a hearing date for final approval thereof, and a schedule for various deadlines relevant thereto.

DATED:  September 19, 2018          Respectfully submitted,

ROBBINS GELLER RUDMAN
    & DOWD LLP
SAMUEL H. RUDMAN
JOSEPH RUSSELLO
MICHAEL G. CAPECI


                              s/ Samuel H. Rudman
_____
                    SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
jrussello@rgrdlaw.com
mcapeci@rgrdlaw.com

Lead Counsel for Plaintiffs

POMERANTZ LLP
JEREMY A. LIEBERMAN
BRENDA SZYDLO
600 Third Avenue
New York, NY  10016
Telephone:  212/661-1100
212/661-8665 (fax)

Additional Counsel for Plaintiffs

- 2 -

**CERTIFICATE OF SERVICE**

I, Samuel H. Rudman, hereby certify that on September 19, 2018, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice. I further certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 19, 2018, at Melville, New York.

*s/ Samuel H. Rudman*
SAMUEL H. RUDMAN

1468264_1