```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
In re BHP BILLITON LIMITED SECURITIES
LITIGATION                                          ORDER
------------------------------------------X
This Document Relates To:                    16 Civ. 1445 (NRB)

        ALL ACTIONS
------------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** by Order dated October 31, 2018, see ECF No. 108, the Court granted preliminary approval to a global settlement resolving this matter in its entirety, see Fed. R. Civ. P. 23(e); it is hereby

    **ORDERED** that the motions pending at docket numbers 90 and 94 are denied as moot, without prejudice to their refiling should the settlement fail to receive final approval; and it is further

    **ORDERED** that the Clerk of Court is directed to terminate the motions pending at docket numbers 90 and 94.

Dated:    New York, New York
             November 1, 2018

                                            NAOMI REICE BUCHWALD
                                            UNITED STATES DISTRICT JUDGE